# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GOUDEAU,<br><br>  Defendant. | Case No. 16-cr-00260-JSW-1<br><br>**ORDER TO SHOW CAUSE** |

On July 10, 2018, this Court issued an order modifying the briefing schedule for Defendant's motion for early termination of supervised release. The United States was ordered to file and serve a response to Defendant's motion no later than July 18, 2018. No such response was filed.

The government is hereby ordered to show cause, no later than August 13, 2018, why Defendant's motion should not be considered as unopposed. If the government wishes to attach an untimely opposition in response to this Order, it may do so. Such an opposition will only be considered if the Court determines the government has shown good cause why it disobeyed this Court's scheduling order.

**IT IS SO ORDERED.**

Dated: August 6, 2018

_____
JEFFREY S. WHITE
United States District Judge